| | |
|---|---|
| 1 | TRINETTE G. KENT (State Bar No. 025180) |
| 2 | 10645 North Tatum Blvd., Suite 200-192 |
|   | Phoenix, AZ 85028 |
| 3 | Telephone: (480) 699-8693 |
| 4 | Facsimile: (480) 717-4781 |
|   | E-mail: tkent@lemberglaw.com |
| 5 | |
| 6 | Of Counsel to |
|   | Lemberg Law, LLC |
| 7 | A Connecticut Law Firm |
| 8 | 1100 Summer Street |
|   | Stamford, CT 06905 |
| 9 | Telephone: (203) 653-2250 |
| 10| Facsimile: (203) 653-3424 |
| 11| |
|   | Attorneys for Plaintiff, |
| 12| Adam Locke |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Locke, | Case No.: 2:15-cv-00026-NVW |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| DriveTime Automotive Group Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Adam Locke ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


LEMBERG LAW, LLC

 /s/ Trinette G. Kent
TRINETTE G. KENT
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On March 4, 2015, I served a true copy of foregoing document(s): **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on March 4, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants DriveTime Automotive Group Inc.** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

3
2:15-cv-00026-NVW         NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Executed on March 4, 2015.

                                       */s/ Trinette G. Kent*
                                       TRINETTE G. KENT
                                       Attorney for Plaintiff